UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/03/2016

LAVERNE CARR,

       Plaintiff,

v.

CITIBANK, N.A.,

       Defendant.

Case No.: 1:15-cv-06993-SAS

## STIPULATION TO DISMISS

TO THE CLERK:

    Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| /s/ Justin Anthony Angelo | /s/ Craig Thor Kimmel |
|---|---|
| Justin Anthony Angelo, Esq. | Craig Thor Kimmel, Esq. |
| Ballard Spahr, LLP | Kimmel & Silverman, P.C. |
| 919 Third Avenue | 30 East Butler Pike |
| New York, NY 10022 | Ambler, PA 191002 |
| Phone: 646-346-8012 | Phone: 215-540-8888 |
| Email: angeloj@ballardspahr.com | Fax: 215-540-8817 |
| Attorney for the Defendant | Email: teamkimmel@creditlaw.com |
| | Attorney for Plaintiff |
| Date: August 2, 2016 | Date: August 2, 2016 |

SO ORDERED.

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
Date: 8/03/2016